UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

GREATER MINISTRIES INTERNATIONAL, INC.,     CASE NO.: 8:99-bk-13967-MGW

Debtor.

_____/

SUPPLEMENT TO
TRUSTEE'S FINAL REPORT OF UNCLAIMED PROPERTY

Kevin O'Halloran, as Chapter 11 Trustee for Greater Ministries International, Inc., ("**GMI**") files this supplement to his Final Report of Unclaimed Property   Since the Final Report was filed the following creditors have requested distributions prior to turnover of such funds to the United Way and the Trustee intends to honor the creditors' requests upon receipt of creditor verification information:

| Creditor | Claim No. | Claim Amount | Distribution |
|---|---|---|---|
| Nolan K. Ball | 113 | $4,750 | $21.38 |
| Noah L. Ball | 3976 | $4,750 | $21.38 |

FORIZS & DOGALI, P.A.

/s/ Robert J. Wahl
Robert Wahl, Esq.
Florida Bar No.: 0379050
E-Mail: rwahl@forizs-dogali.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634
(813) 289-0700
(813) 289-9435 facsimile
Attorneys for Chapter 11 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copies of the foregoing Notice of Filing Trustee's Report of Unclaimed Property, has been furnished by the Court's CM/ECF system and/or first class U.S. Mail on this 13th day of May, 2010, to: **Greater Ministries International, Inc.**, Debtor, 505 South Flagler Drive, West Palm Beach, Florida 33401; **Thomas R. Lehman, Esquire**, Tew, Cardenas, LLP, 1441 Brickell Avenue, 15th Floor, Miami, FL 33131, Counsel for Debtor; **Kevin O'Halloran**, Chapter 11 Trustee, P. O. Box 723657, Atlanta, GA 31139; **Office of the United States Trustee**, Timberlake Annex, 501 E. Polk Street, Suite 200, Tampa, Florida 33602; **Jack C. Basham, Jr., Esq.**, Parker Hudson Rainer & Dobbs, LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303; **Rufus T. Dorsey, IV, Esq.,** Parker Hudson Rainer & Dobbs, LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue, Atlanta, GA 30303; **Dawn Carapella, Esq.**, 101 East Kennedy Blvd., Suite 2700, Tampa, FL 33602; and, **Parties on the Local Rule 1007-2 Parties In Interest List** attached hereto.

                                              /s/ Robert J. Wahl
                                              Robert J. Wahl